UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY CRAWFORD
    Reg. No. 17078-043

    Petitioner,

v.                                     Case No. 3:22cv17820/LAC/MAL

WARDEN MV JOSPEH,

    Respondent.
_____/

## **ORDER**

On February 14, 2023, the magistrate judge issued a Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 be dismissed as moot because the relief requested appeared to have been granted. (ECF No. 13). Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED** without prejudice.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 22nd day of March, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**